UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ALAN PERKOSKI, :
:
      Plaintiff : No. 3:14-CV-1863
:
      vs. : (Judge Nealon)
:
CAROLYN W. COLVIN, Acting :
Commissioner of Social Security, :
:
      Defendant :

## ORDER

**NOW, THIS 6TH DAY OF OCTOBER, 2015,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal, (Doc. 1), is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Alan Perkoski disability insurance benefits is **VACATED**;

3. The matter is **REMANDED** to the Commissioner of the Social Security Administration for further proceedings; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                          **/s/ William J. Nealon**
                                          **United States District Judge**